PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Kevin Van Dyke      Cr.: 21-00237-001
PACTS #: 5886593

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/10/2020

Original Offense:    Count One: Produces/Traffics in Counterfeit Device, 18 U.S.C., Section 1029A.F
Count Two: Fraud with Identification Documents, 18 U.S.C., Section 1028A.F

Original Sentence: 12 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing, Drug Treatment, Education/Training Requirements, Vocational Services, Financial Disclosure, Search/Seizure, Special Assessment, Restitution - Money

Type of Supervision: Supervised Release      Date Supervision Commenced: 02/04/2020

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1      Mr. Van Dyke was stopped by Newton Police Officers on September 3, 2021 and issued three tickets for motor vehicle violations, including driving while suspended. He did not report this law enforcement contact to the undersigned officer within 72 hours. When asked about the circumstances surrounding the tickets, he stated that he drove a work truck from a site and was subsequently pulled over for having a broken headlight. The stop resulted in him being issued a ticket for driving while suspended, as his license is not currently in good standing.

2      Mr. Van Dyke has not made regular payments toward his court imposed financial obligation. The last payment made was on March 22, 2021 in the amount of $100. He was directed to begin making regular payments and stated he will be able to do so, as he has been steadily working.

Prob 12A – page 2
Kevin Van Dyke

U.S. Probation Officer Action:

No court action is requested at this time. The undersigned officer will continue to work with Mr. Van Dyke to follow up with setting up a payment plan for his motor vehicle fines and surcharges and eventually schedule the exam to obtain his driver's license. Additionally, the undersigned officer will continue to monitor Mr. Van Dyke and report any additional instances of noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By:   ERIKA M. ARNONE
U.S. Probation Officer

/ ema

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.09.23 13:17:15 -04'00'

LUIS R. GONZALEZ             Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

X   No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

/s/ Kevin McNulty
Signature of Judicial Officer

9/23/2021
Date